AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
District of Kansas

United States of America
v.

BISAAM GHAFOOR

*Defendant*

)
)
)
)
)
)
)

Case No.   26-mj-8127-JBW

**RECEIVED**

By  US Marshals Service at 12:00 pm, Jun 05, 2026

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   **BISAAM GHAFOOR**                                                                 ,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment          ❏ Superseding Indictment          ❏ Information          ❏ Superseding Information          ☑ Complaint

❏ Probation Violation Petition          ❏ Supervised Release Violation Petition          ❏ Violation Notice          ❏ Order of the Court

This offense is briefly described as follows:

  18 U.S.C. § 2339B - Conspiracy To Provide Material Support and Resources

Date:     06/04/2026

*Issuing officer's signature*

City and state:    Kansas City, Kansas

Honorable Jennifer B. Wieland, US Magistrate Judge
*Printed name and title*

| Return |
|---|
|  |

This warrant was received on *(date)*  06/04/26  , and the person was arrested on *(date)*  06/05/26
at *(city and state)*  Kansas City, MO  .

Date:  06/05/26

*Arresting officer's signature*

SA  Logan McWilliams
*Printed name and title*